# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2219

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Northern District of Iowa. |
| Ronald H. Tucker, | * |
| | *   [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: January 5, 2006
Filed: January 25, 2006

_____

Before BYE, McMILLIAN,[1] and RILEY, Circuit Judges.

_____

PER CURIAM.

Ronald H. Tucker appeals from the final judgment entered in the District Court[2] for the Northern District of Iowa upon the revocation of his supervised release. The district court sentenced Tucker to nine months in prison. For reversal, Tucker argues that the sentence imposed is unreasonable under the standard of review announced in

_____

[1]The Honorable Theodore McMillian died on January 18, 2006. This opinion is being filed by the remaining judges of the panel pursuant to 8th Cir. Rule 47E.

[2]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

United States v. Booker, 543 U.S. 220 (2005).  His counsel has moved to withdraw. For the reasons discussed below, we grant counsel's motion and affirm.

We conclude that the sentence imposed is not unreasonable.  See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam).  A sentence of nine months in prison represents the middle of the range recommended by the policy statements in the Sentencing Guidelines, and it is supported by the fact that several non-prison options (outpatient drug treatment, inpatient drug treatment, and time in a community corrections center) had failed to stop Tucker's ongoing use of crack cocaine.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

_____